# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>    v.<br><br>EAST AFRICAN HUMANITARIAN ORGANIZATION PROPERTIES, INC.,<br><br>    Defendant. | Case No. 1:20-cv-001605-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON SERVICE OF COMPLAINT<br><br>FIVE-DAY DEADLINE |

On November 12, 2020, Plaintiff George Avalos filed this action against Defendant East African Humanitarian Organization Properties, Inc. A summons and the order setting the mandatory scheduling conference were issued on November 13, 2020. The order set the mandatory scheduling conference for February 11, 2021. As of this date, Plaintiff has not filed proof of service of the summons and complaint. (See ECF No. 4-1 at 1-2.)

Accordingly, IT IS HEREBY ORDERED that, within **five (5) days** of the date of entry of this order, Plaintiff shall file notice of the status of service on the defendants in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:  **January 27, 2021**

UNITED STATES MAGISTRATE JUDGE

1