# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EAST AFRICAN HUMANITARIAN ORGANIZATION PROPERTIES, INC.,<br><br>　　　　Defendant. | Case No.  1:20-cv-001605-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>FIVE DAY DEADLINE |

On November 12, 2020, Plaintiff George Avalos filed this action against Defendant East African Humanitarian Organization Properties, Inc.  On January 27, 2021, due to the upcoming scheduling conference on February 11, 2021, Plaintiff was ordered to file a notice of status of service on the defendant within five days.  More than five days have passed and Plaintiff has not filed a notice of status of service or otherwise responded to the January 27, 2021 order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, Plaintiff is HEREBY ORDERED to show cause in writing within **five (5) days** from the date of entry of this order why sanctions should not issue for the failure to comply with the January 27, 2021 order.  **Plaintiff is forewarned that failure to comply with this order will result in the recommendation that this action be dismissed for failure to comply and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **February 4, 2021**

UNITED STATES MAGISTRATE JUDGE